241 So.2d 254

**William BARTH**

v.

**Henry JOHNSON, Jr.**

No. 51001.

Nov. 25, 1970.

Writs denied: There appears no error of law in the rulings complained of.

241 So.2d 255

**STATE of Louisiana**

v.

**Burnis McINNIS.**

No. 51005.

Nov. 25, 1970.

The application is denied. Applicant has an adequate remedy for review in the event of conviction.